JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY FINNEY, | CASE NO. ED CV 11-1702-JFW (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   June 5, 2015.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE